## 50738. ALDON INDUSTRIES, INC. et al. v. GORDON COUNTY BOARD OF TAX ASSESSORS.

DEEN, Presiding Judge.

The decision of this court in the above styled case having been reversed by the Supreme Court on certiorari (*Gordon County Bd. of Tax Assessors v. Aldon Industries,* 237 Ga. 527), our decision is hereby vacated and the judgment of the judge of the Superior Court of Gordon County is hereby affirmed.

*Judgment affirmed. Stolz and McMurray, JJ., concur.*

DECIDED OCTOBER 27, 1976.

*Langford, Pope & Bailey, R. Thomas Pope,* for appellants.

*Chance, Maddox & Jones, Howard W. Jones, Ronald F. Chance, Sr.,* for appellee.